IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EASTERN SHORE TEAMSTERS  \*
HEALTH AND WELFARE FUND, et al.,
                                                \*

    Plaintiffs/Judgment Creditors      \*
v.                                            \*

ROBERT MUMFORD,                 \*     Civil Action No. JFM 00-2418

    Defendant/Judgment Debtor      \*

and                                 \*

PERDUE FARMS, INC.,             \*

    Garnishee                         \*

\*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

It appearing from the record that an Order was issued by this Court on December 4, 2001, and that said Order was served by personal service on Robert Mumford on December 28, 2001, as is shown by the Affidavit of Service on file in this action;

And it further appearing that the Court's Order of December 4, 2001 was served by personal service on Richard Mumford, President of B&M Star Industries, Inc. on December 28, 2001 as is shown by the Affidavit of Service on file in this action;

And it further appearing that 30 days have expired since Judgment Debtor(s) were served with a copy of the Court's Order of December 4, 2001 and Robert Mumford and B&M Star Industries have not filed any exceptions to the Court's rulings at the December 3, 2001 hearing;

2

And it further appearing that Garnishee, Perdue Farms, Inc. answered the Writ of Garnishment of Property Other Than Wages, on May 2, 2001, confessing that Garnishee holds assets of Robert Mumford and/or its alter ego B&M Star Industries, from which a balance of $19,842.38 has been set aside;

It is therefore this ___12th___ day of ___February___, 2002, by the United States District Court for the District of Maryland,

ORDERED, that Garnishee, Perdue Farms, Inc. release the held assets in the amount of $19,842.38, to Plaintiffs/Judgment Creditors Eastern Shore Teamsters Health and Welfare Fund, et al.

_____
Paul W. Grimm
United States Magistrate Judge