IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EASTERN SHORE TEAMSTERS     *
HEALTH AND WELFARE FUND, et al.,
                                     *

     Plaintiffs/Judgment Creditors
v.                                        *

ROBERT MUMFORD,              *    Civil Action No. JFM 00-2418

     Defendant/Judgment Debtor    *

and                               *

PERDUE FARMS, INC.,           *

     Garnishee                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER OF SATISFACTION

It appearing from the record that a Writ of Garnishment of Property Other Than Wages was issued by this Court on March 13, 2001, and that said Writ was answered by Garnishee, Perdue Farms, Inc. on May 2, 2001, as is shown by the Answer to Writ of Garnishment of Property on file in this action;

And it further appearing that Garnishee, The Bank of Glen Burnie has remitted the held assets in the amount of $19,842.38 to Plaintiffs/Judgment Creditors, Eastern Shore Teamsters Health and Welfare Fund, et al.;

It is therefore this 21st day of February, 2002, by the United States District Court for the District of Maryland,

ORDERED, that the Writ of Garnishment of Property Other Than Wages against Garnishee, Perdue Farms, Inc., in the above captioned matter, is

satisfied, and that the garnishment is hereby dismissed.

_____
Paul W. Grimm
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of February, 2002, a copy of the foregoing proposed Order of Satisfaction was mailed, first class, postage prepaid to:

Anthony Rosso, Esquire
Piper, Marbury, Rudnick and Wolfe, LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600

Attorneys for Garnishee Perdue Farms, Inc.

and

Robert L. Mumford
Route 2, Box 83C
Selbyville, Delaware 19975

Judgment Debtor

_____
Corey Smith Bott

2